UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK ANTHONY GOODING,

      Petitioner,                      Civil No. 2:23-cv-10949
                                            Hon. George Caram Steeh

  v.

PAROLE BOARD and
HEIDI WASHINGTON,

      Respondents.
_____/

**ORDER DENYING MOTIONS TO ALTER OR AMEND
THE JUDGMENT (ECF No. 21) AND TO DISPENSE WITH
MULTIPLE COPY REQUIREMENT (ECF No. 20) AS MOOT**

     Petitioner Mark Anthony Gooding, a Michigan prisoner confined at the Cooper Street Correctional Facility in Jackson, Michigan, filed a pro se petition for a writ of habeas corpus seeking relief under 28 U.S.C. § 2254. Petitioner challenged the Michigan Court of Appeals' decision to dismiss his parole-revocation appeal pursuant to Mich. Comp. Laws § 600.2963(8) for failing to pay an outstanding filing fee in a prior appeal. He also challenged the Michigan Supreme Court's decision to dismiss his application for leave to appeal as untimely.

The Court dismissed the habeas petition on the basis that it lacked the authority to review such claims under the *Rooker-Feldman* doctrine. *See Rooker v. Fidelity Trust Co.*, 263 U.S. 413 (1923); *District of Columbia Ct. of App. v. Feldman*, 460 U.S. 462 (1983). Within 30 days of the entry of the Court's dismissal order, Petitioner moved to extend the time to file an appeal, which the Court granted on February 16, 2024. Petitioner then filed a motion to reissue the time limits to appeal, which the Court granted on April 29, 2024. (ECF No. 19.)

The matter is now before the Court on Petitioner's motions to alter or amend the judgment (ECF No. 21) and to dispense with the multiple copy requirement (ECF No. 20). Petitioner appears to explain that his delay in filing a timely notice of appeal was due to excusable neglect. (ECF No. 21, PageID.114.) Because this Court already issued an order reopening the time to appeal, the Court **DENIES** Petitioner's motions as moot. Petitioner has timely filed his notice of appeal in accordance with the Court's April 29th order.

**IT IS SO ORDERED.**

Dated: November 4, 2024　　　　s/George Caram Steeh
　　　　　　　　　　　　　　　　HON. GEORGE CARAM STEEH
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

- 3 -

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on November 4, 2024, by electronic and/or ordinary mail and also on Mark Anthony Gooding #180621, Cooper Street Correctional Facility, 3100 Cooper Street, Jackson, MI 49201.

s/LaShawn Saulsberry
Deputy Clerk